IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LONNY T. PAYNE | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| vs. | )   CAUSE NO. 1:09 CV-0572 DFH-JMS |
| | ) |
| BUREAU OF COLLECTION RECOVERY, INC. | ) |
| | ) |
|     Defendant | ) |
| | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, by counsel, pursuant to F.R.C.P. Rule 41(a)(1), voluntarily dismisses this action with prejudice. Defendant has filed neither an Answer nor a Motion for Summary Judgment.

    /s/ Andrew R. Retherford
    Andrew R. Retherford, Bar #6483-18
    Attorney for Plaintiff
    UAW-GM Legal Services Plan
    1200 S. Tillotson Overpass, Ste. 1
    Muncie, IN 47304
    (765) 288-8980 or (800) 263-6361
    E-mail: Andrewre@uawlsp.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent by first class U.S. mail, postage prepaid, on August 14, 2009, to: Ryan J. Trucke, Attorney for Defendant, BRUTLAG, HARTMANN & TRUCKE, P.A., 3555 Plymouth Boulevard, Suite 117, Minneapolis, MN 55447-1399.

    /s/ Andrew R. Retherford
    Andrew R. Retherford
    Bar #6483-18
    Attorney for Plaintiff