# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| LONNY T. PAYNE )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>BUREAU OF COLLECTION )<br>RECOVERY, INC. )<br>)<br>    Defendant )<br>) | CAUSE NO. 1:09 CV-0572 DFH-JMS |

## ORDER OF DISMISSAL

Upon Plaintiff's Notice to Dismiss pursuant to F.R.C.P. Rule 41(a)(1), the Court now finds that an Order should be issued.

IT IS, THEREFORE, ORDERED that this cause is dismissed with prejudice.

DATED: August 17, 2009                     _____

                                                                DAVID F. HAMILTON, CHIEF JUDGE
                                                                United States District Court
                                                                Southern District of Indiana

Distribution:

　　Andrew R. Retherford
　　Attorney for Plaintiff
　　UAW-GM Legal Services Plan
　　1200 S. Tillotson Overpass, Ste. 1
　　Muncie, IN  47304
　　E-mail: Andrewre@uawlsp.com

1